RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| REGINALD PETER FONTANA | CIVIL ACTION NO. 3:04-CV-1620 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, WINN CORRECTIONS CENTER | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, as revised by this Court's Ruling, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that this petition for writ of *habeas corpus* be DISMISSED WITH PREJUDICE because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 26 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE